UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re: RICHARD ROY SCOTT | CASE NO. MC05-5029 MJP<br><br>ORDER RE: NINTH CIRCUIT MANDATE |

On December 22, 2015, the Court of Appeals for the Ninth Circuit issued a mandate in Case No. 14-35501, effectuating an order from earlier in the year reversing this Court's decision to deny Mr. Scott IFP status in regards to a complaint he had filed. (*See* Dkt. No. 142-1, <u>Richard Roy Scott v. Mark Strong</u>.)

In light of that order, the Court rules as follows:

IT IS ORDERED that the Clerk of the Court shall open a new civil case, <u>Richard Roy Scott v. Mark Strong</u>, and shall file in that docket both the original complaint (Dkt. No. 142-1) and the amended complaint (Dkt. No. 150) which Mr. Scott filed upon receipt of the Ninth Circuit's order.

ORDER RE: NINTH CIRCUIT MANDATE- 1

1  IT IS FURTHER ORDERED that Mr. Scott's request to be permitted to proceed *in forma*
2  *pauperis* in the above-mentioned matter is GRANTED.

4  The clerk is ordered to provide copies of this order to all counsel.

5  Dated this 12th day of January, 2016.

Marsha J. Pechman
United States Chief District Judge