UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD ROY SCOTT,

                Plaintiff,

  v.

BECKY DENNY, WILLIAM M. VAN HOOK,

                Defendants.

No. C16-5031 RBL-KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)    The Court adopts the Report and Recommendation [Dkt. #27].

(2)    Plaintiff's amended complaint [Dkt. #26] is **dismissed without prejudice** for failure to state a claim upon which relief may be granted.

(3)    The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 12th day of July, 2016.

Ronald B. Leighton
United States District Judge

ORDER TO AMEND OR SHOW CAUSE- 1